J. SHERWOOD UPCHURCH v. J. S. WYNNE AND J. P. STELL, APPELLANTS.

(Filed 5 April, 1911.)

For digest, see *Brewer v. Wynne, supra.*

*Armistead Jones & Son, Douglass, Lyon & Douglass, and Holding & Snow for plaintiff.*
*Walter Clark, Jr., and Jones & Bailey for defendants.*

ALLEN, J. This case presents the same questions decided in *Brewer v. Wynne and Stell.*

We find no error.

Affirmed.